**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, WESTEN DIVISION

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Schafer Fisheries Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3391519** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2189 Waller Road**<br>**Fulton, IL 61252**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Whiteside**<br>County | **Location of principal assets, if different from principal place of business**<br>**2112 Sandridge Road Thomson, IL 61285**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://schaferfish.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Schafer Fisheries Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3117__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Schafer Fisheries Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When | _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Schafer Fisheries Inc.**                                        Case number (*if known*)
         Name

- ☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Schafer Fisheries Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2024**
                MM / DD / YYYY

**X** **/s/ Michael Schafer**                                        **Michael Schafer**
Signature of authorized representative of debtor            Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Richard N. Golding**                        Date    **June 20, 2024**
Signature of attorney for debtor                                MM / DD / YYYY

**Richard N. Golding co-counsel**
Printed name

**The Golding Law Offices, P.C.**
Firm name

**161 N. Clark Street**
**Suite 1700**
**Chicago, IL 60601**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 832-7885**        Email address    **rgolding@goldinglaw.net**

**0992100 IL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   **Schafer Fisheries Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, WESTEN DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**          X *⁄s⁄ Michael Schafer*
_____                    _____
                                     Signature of individual signing on behalf of debtor

                                     **Michael Schafer**
                                     _____
                                     Printed name

                                     **President**
                                     _____
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Schafer Fisheries Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS, WESTEN DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John D. Reagan 2227 Chicago Ave Savanna, IL 61074 | | Trade debt | | | | $5,618.35 |
| Brining Fisheing LLC attn: Orion Briney 14970 Route 100 Browning, IL 62624 | | Trade debt | | | | $34,325.70 |
| Brooks Niedzeijko 1014 Thornton Lane P.O. Box 296 Marquette, IA 52158 | | Trade debt | | | | $22,542.05 |
| Bryan Kamper 4872 Sandridge Rd Thomson, IL 61285 | | Trade debt | | | | $5,301.95 |
| Craig Anderson 506 South 5th Street Bellevue, IA 52031 | | Trade debt | | | | $4,749.35 |
| D&D FIsh & Caviar 110 Shirley Lane Eva, TN 38333 | | Trade debt | | | | $4,248.00 |
| Fishers Fish LLC Attn: jeremy Fisher 5433 West Woodlan Rd Astoria, IL 61501 | | Trade debt | | | | $38,742.60 |
| Harcos Chemical Br 00123 P.O. Box 74583 Chicago, IL 60690 | | Trade debt | | | | $7,400.15 |
| JO-Carroll Energy 793 U.S. Route 20 West P.O. Box 390 Elizabeth, IL 61028-0390 | | Trade debt | | | | $11,461.82 |

| Debtor | **Schafer Fisheries Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Miles Rolbiecki 23574 Rolbiecki Ln Minnesota City, MN 55959** | | **Trade debt** | | | | **$8,431.95** |
| **Mycorrhizal Applications P.O. Box 894287 Los Angeles, CA 90189-4287** | | **Trade debt** | | | | **$4,284.78** |
| **Newtek Small Business Finance 1981 Marcus Ave. Suite 130 New Hyde Park, NY 11042** | | **see schedules attached and aggregate value of all office equipment and other equipment** | | **$2,850,000.00** | **$200,000.00** | **$2,650,000.00** |
| **Prestige Packaging Supplies Inc P.O. Box 872 Rock Falls, IL 61071** | | **Trade debt** | | | | **$59,196.03** |
| **Provisur Technologies Inc 15544 E. Hinsdale Cir Englewood, CO 80112** | | **Trade debt** | | | | **$3,490.82** |
| **Rusty Packer 1625 Goldview Court Erie, IL 61250** | | **Trade debt** | | | | **$10,000.00** |
| **Schafer Trucking 21985 Waller Rd Fulton, IL 61252** | | **Trade debt** | | | | **$157,451.20** |
| **Source Freshwater Company 3201 N Main Street East Peoria, IL 61611** | | **Trade debt** | | | | **$76,997.15** |
| **Stamar Packaging Inc PO. Box 1157 Bedford Park, IL 60499** | | **Trade debt** | | | | **$15,088.00** |
| **Tim Fosdick 2000 Route 84 Apt. B Thomson, IL 61285** | | **Trade debt** | | | | **$12,120.65** |
| **Tracy Seidemann 1822 Portland Ave Savanna, IL 61074** | | **Trade debt** | | | | **$19,195.87** |

**Fill in this information to identify the case:**

Debtor name **Schafer Fisheries Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, WESTEN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property             12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Central Bank of Illinois** | **Checking** | **4409** | **$10,492.00** |
| 3.2. | **Central Bank of Illinois** | **savings** | **6300** | **$34,984.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    **$45,476.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Chase Bank** | $42,301.00 |
| --- | --- | --- |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Schafer Fisheries Inc.**                    Case number *(If known)* _____
_____
Name

Description, including name of holder of prepayment

9. **Total of Part 2.**                                                    | $42,301.00 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **355,000.00**    -    **355,000.00**    = ....    **Unknown**
_____    _____    _____
face amount    doubtful or uncollectible accounts

12. **Total of Part 3.**                                                    | $0.00 |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale held for wholesale or retail sales $40.000.00 at cost fertilizer $30,000 at cost** | perpetual | $0.00 | Recent cost | $70,000.00 |
| 22.    **Other inventory or supplies** | | | | |

23. **Total of Part 5.**                                                    | $70,000.00 |

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

| Debtor | **Schafer Fisheries Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☒ No

     ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☒ No. Go to Part 7.

     ☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☒ No. Go to Part 8.

     ☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.

     ☒ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **see schedules attached and aggregate value of all office equipment and other equipment** | **Unknown** | **Appraisal** | **$200,000.00** |

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.      **Total of Part 8.**

        Add lines 47 through 50. Copy the total to line 87.

                                 **$200,000.00**

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☒ No

     ☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☒ No

     ☐ Yes

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

     ☒ No. Go to Part 10.

     ☐ Yes Fill in the information below.

Debtor    **Schafer Fisheries Inc.**                                                    Case number *(If known)* _____
          <u>Name</u>

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Schafer Fisheries Inc.**
_____    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $45,476.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,301.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $70,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $357,777.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $357,777.00 |

**Fill in this information to identify the case:**

Debtor name   **Schafer Fisheries Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, WESTEN DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Amur Equipment Finance**
Creditor's Name

**308 N Locust Street
Suite 100
Grand Island, NE 68801**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**equipment (Fulton)**

**$0.00**   **Unknown**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
10/18/2022
Last 4 digits of account number
paid off-not released**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2.2** | **CT Corporation System as rep**
Creditor's Name

**330 N. Brand Blvd, Suite 700, ATT
Glendale, CA 91206**
Creditor's mailing address

Describe debtor's property that is subject to a lien

**$0.00**   **Unknown**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
12/11/2018
Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Debtor   **Schafer Fisheries Inc.**                                                    Case number *(if known)* _____
            Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | **$545,198.00** | **Unknown** |

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6729**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Newtek Small Business Finance** | Describe debtor's property that is subject to a lien | **$2,850,000.00** | **$200,000.00** |

Creditor's Name
**1981 Marcus Ave.**
**Suite 130**
**New Hyde Park, NY 11042**

**see schedules attached and aggregate value
of all office equipment and other equipment**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/12/2017**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Newtek Small Business Finance** | Describe debtor's property that is subject to a lien | **$0.00** | **$42,301.00** |

Creditor's Name
**1981 Marcus Ave.**
**Suite 130**
**New Hyde Park, NY 11042**

**Chase Bank**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

---

Debtor  **Schafer Fisheries Inc.**                                Case number (if known) _____

Name

---

Creditor's email address, if known
_____

**Date debt was incurred**
**10/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **Newtek Small Business Finance** | | | $0.00 | $10,492.00 |

Creditor's Name
**1981 Marcus Ave.**
**Suite 130**
**New Hyde Park, NY 11042**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newtek Small Business Finance**
**2. Newtek Small Business Finance**

**Describe debtor's property that is subject to a lien**
**Central Bank of Illinois - Checking - Acct# 4409**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Newtek Small Business Finance** | | | $0.00 | $10,492.00 |

Creditor's Name
**1981 Marcus Ave.**
**Suite 130**
**New Hyde Park, NY 11042**
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Central Bank of Illinois - Checking - Acct# 4409**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Schafer Fisheries Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Newtek Small Business Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Central Bank of Illinois - savings - Acct# 6300**

$0.00     $34,984.00

**1981 Marcus Ave.**
**Suite 130**
**New Hyde Park, NY 11042**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Newtek Small Business FinancenLLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**blanket on assets at Fulton and Thompson facilities**

Unknown     $227,240.00

**1981 Marcuys Avenue Suite 130**
**Lake Success, NY 11042**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 30, 2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Newtek Small Business FinancenLLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**held for wholesale or retail sales $40.000.00 at cost**
**fertilizer $30,000 at cost**

$0.00     $70,000.00

**1981 Marcuys Avenue Suite 130**
**Lake Success, NY 11042**
Creditor's mailing address

**Describe the lien**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 6

Debtor    **Schafer Fisheries Inc.**                                    Case number (if known) _____
_____
Name

**Is the creditor an insider or related party?**

_____    ■ No
Creditor's email address, if known       ☐ Yes
                                        **Is anyone else liable on this claim?**

**Date debt was incurred**               ■ No

                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.1<br>1 | **Stearns Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name                          **equipment (Fulton) paid off**

**500 13th Street**
**Albany, MN 56307**
Creditor's mailing address               **Describe the lien**
                                        **Purchase Money Security**
                                        **Is the creditor an insider or related party?**

_____    ■ No
Creditor's email address, if known       ☐ Yes
                                        **Is anyone else liable on this claim?**

**Date debt was incurred**               ■ No
**12/26/2018**
**Last 4 digits of account number**      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ■ Disputed
priority.

---

| 2.1<br>2 | **United States Small**<br>**Business Admnis** | Describe debtor's property that is subject to a lien | **$750,704.00** | **Unknown** |

Creditor's Name                          **blanket lien**

**2 North Street**
**Birmingham, AL 35203**
Creditor's mailing address               **Describe the lien**
                                        **Non-Purchase Money Security**
                                        **Is the creditor an insider or related party?**

_____    ■ No
Creditor's email address, if known       ☐ Yes
                                        **Is anyone else liable on this claim?**

**Date debt was incurred**               ☐ No
**2017**
**Last 4 digits of account number**      ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**7003**
**Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply

---

| Debtor | **Schafer Fisheries Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,145,902.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Paulina Garga-Chmiel**<br>**Dykema Gossett PLLC**<br>**10 S. Wacker, Suite 2300**<br>**Chicago, IL 60606** | Line  2.9 | |

**Fill in this information to identify the case:**

Debtor name    **Schafer Fisheries Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** <br> John D. Reagan <br> **2227 Chicago Ave** <br> **Savanna, IL 61074** <br><br> Date(s) debt was incurred ___ <br><br> Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Trade debt__ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | **$5,618.35** |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** <br> Al Root <br> **P.O. Box 21** <br> **Thomson, IL 61285** <br><br> Date(s) debt was incurred ___ <br><br> Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Trade debt__ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | **$691.80** |
| 3.3 | **Nonpriority creditor's name and mailing address** <br> Beasley Fish <br> **P.O. Box 493** <br> **1512  W Main Street** <br> **Grafton, IL 62037** <br><br> Date(s) debt was incurred ___ <br><br> Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Trade debt__ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | **$754.75** |
| 3.4 | **Nonpriority creditor's name and mailing address** <br> Brent Pregracke <br> **P.O. Box 104** <br> **Makanda, IL 62958** <br><br> Date(s) debt was incurred ___ <br><br> Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Trade debt__ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | **$2,581.70** |

| Debtor | Schafer Fisheries Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Brightspeed**
P.O. Box 6102
Carol Stream, IL 60197-4300

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$614.90**

---

**3.6** | Nonpriority creditor's name and mailing address

**Brining Fisheing LLC**
attn: Orion Briney
14970 Route 100
Browning, IL 62624

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34,325.70**

---

**3.7** | Nonpriority creditor's name and mailing address

**Brooks Niedzeijko**
1014 Thornton Lane
P.O. Box 296
Marquette, IA 52158

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$22,542.05**

---

**3.8** | Nonpriority creditor's name and mailing address

**Bryan Kamper**
4872 Sandridge Rd
Thomson, IL 61285

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,301.95**

---

**3.9** | Nonpriority creditor's name and mailing address

**CentiryLink QCC Business Services**
P.O. Box 52187
Phoenix, AZ 85072-2187

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$61.98**

---

**3.10** | Nonpriority creditor's name and mailing address

**Craig Anderson**
506 South 5th Street
Bellevue, IA 52031

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,749.35**

---

**3.11** | Nonpriority creditor's name and mailing address

**Craig Putman**
401 South 6th Street
Bellevue, IA 52031

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,543.30**

---

| Debtor | **Schafer Fisheries Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,248.00** |
|---|---|---|
| **D&D FIsh & Caviar**<br>**110 Shirley Lane**<br>**Eva, TN 38333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$358.20** |
|---|---|---|
| **Dennis Weiss**<br>**30223 397th Ave**<br>**Bellevue, IA 52031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.30** |
|---|---|---|
| **Duane Wimpy**<br>**435 Lincoln Street**<br>**Miles, IA 52064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,742.60** |
|---|---|---|
| **Fishers Fish LLC**<br>**Attn: jeremy Fisher**<br>**5433 West Woodlan Rd**<br>**Astoria, IL 61501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.51** |
|---|---|---|
| **Granger**<br>**Dept 200 851398099**<br>**Palatine, IL 60038-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  **0999** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,400.15** |
|---|---|---|
| **Harcos Chemical Br 00123**<br>**P.O. Box 74583**<br>**Chicago, IL 60690** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154.99** |
|---|---|---|
| **Illinois Commerce Commission**<br>**527 East Capitol Avenue**<br>**Springfield, IL 62701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Taxes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Schafer Fisheries Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,207.09**

**Illinois Department of Revenue**
**Bankruptcy Section Level 7-425**
**100 W. Randolph**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Illinois Department of Revenue**
**Bankruptcy Unit**
**P O Box 19045**
**Springfield, IL 62794-9035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.15**

**Illinois Department of Revenue**
**Motor Fues Use Tax Section**
**P.O. Box 19207**
**Springfield, IL 62794-9027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$730.85**

**Jason Alan Huing**
**418 North 4th Street**
**Clinton, IA 52732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$445.40**

**Jeff Fish**
**406 9th Ave.**
**Albany, IL 61230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159.50**

**Jimmy C Loyd**
**8381 S FArr Steet**
**Savanna, IL 61074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,461.82**

**JO-Carroll Energy**
**793 U.S. Route 20 West**
**P.O. Box 390**
**Elizabeth, IL 61028-0390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schafer Fisheries Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.40**

**Joel Ritchie**
**not available**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$833.30**

**John Onion**
**8731 E Sand Branch Rd**
**Summum, IL 61501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$457.88**

**Kasco Corporation**
**P.O. Box 202368**
**Dallas, TX 75320-2368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00**

**Kleinline**
**P.O. Box 66**
**Staten Island, NY 10310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Kramer Crop Services Trust**
**Unavailable**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Lai Hongjun**
**7711 U,S, Highway**
**641 N #203**
**Gilbertsville, KY 42044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Law Office of Paul Whitcombe Chtd**
**223 West 1st Street**
**Dixon, IL 61021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Professional fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schafer Fisheries Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
Matt Starr
1741 Schade St
Thomson, IL 61285

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$293.95

---

**3.34** | Nonpriority creditor's name and mailing address
Mike Woodard
P.O. Box 487
Shannon, IL 61078

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$201.60

---

**3.35** | Nonpriority creditor's name and mailing address
Miles Rolbiecki
23574 Rolbiecki Ln
Minnesota City, MN 55959

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,431.95

---

**3.36** | Nonpriority creditor's name and mailing address
Mycorrhizal Applications
P.O. Box 894287
Los Angeles, CA 90189-4287

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,284.78

---

**3.37** | Nonpriority creditor's name and mailing address
New Fulton Fish Marker Cooperative
800 Food Center
Unit 65B
Bronx, NY 10474

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,441.80

---

**3.38** | Nonpriority creditor's name and mailing address
Nick Dickau
104 North Church St
Albany, IL 61230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

**3.39** | Nonpriority creditor's name and mailing address
NY State Dept of Ag & Markets
Division of Plant Industry
10B Airline Drive
Albany, NY 12235

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| Debtor | **Schafer Fisheries Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.38** |
|---|---|---|---|

**Plunketts Pest Control**
**4) NE 52nd Way**
**Minneapolis, MN 55421-1014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,196.03** |
|---|---|---|---|

**Prestige Packaging Supplies Inc**
**P.O. Box 872**
**Rock Falls, IL 61071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,383.60** |
|---|---|---|---|

**Price Fisheries**
**attn: Paul Price**
**17485 Chase Road**
**Fulton, IL 61252**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,490.82** |
|---|---|---|---|

**Provisur Technologies Inc**
**15544 E. Hinsdale  Cir**
**Englewood, CO 80112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Reconciled Solutions**
**551 Swain Ave**
**Elmhurst, IL 60126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Republic Srvices #721**
**P.O. Box 9001154**
**Louisville, KY 40290-1154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.70** |
|---|---|---|---|

**Rober W  Zais**
**27776 200 east Street**
**Tampico, IL 61283**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schafer Fisheries Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,716.40** |
|---|---|---|---|

**Robert Brown**
**8320 Bethalto Rd**
**Bethalto, IL 62010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Rusty Packer**
**1625 Goldview Court**
**Erie, IL 61250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157,451.20** |
|---|---|---|---|

**Schafer Trucking**
**21985 Waller Rd**
**Fulton, IL 61252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,055.55** |
|---|---|---|---|

**Sonny Wheeler**
**3930 Hwy 22**
**Blue Grass, IA 52762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,997.15** |
|---|---|---|---|

**Source Freshwater Company**
**3201 N Main Street**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$539.20** |
|---|---|---|---|

**Stacy Gilpin**
**2557 N County Road 1200**
**Niota, IL 62358**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,088.00** |
|---|---|---|---|

**Stamar Packaging Inc**
**PO. Box 1157**
**Bedford Park, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schafer Fisheries Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,120.65 |
|---|---|---|---|

**Tim Fosdick**
**2000 Route 84**
**Apt. B**
**Thomson, IL 61285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,195.87 |
|---|---|---|---|

**Tracy Seidemann**
**1822 Portland Ave**
**Savanna, IL 61074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $706.83 |
|---|---|---|---|

**United States Plastic Corp**
**1390 Neubrecht Rd, Lima**
**Lima, OH 45801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,458.05 |
|---|---|---|---|

**Viggo Christensen**
**15103 322 2nd St**
**Illinois City, IL 61259**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.06 |
|---|---|---|---|

**World Wide Express**
**P.O. Box 733360**
**Dallas, TX 75373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 527,935.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 527,935.54 |

**Fill in this information to identify the case:**

Debtor name    **Schafer Fisheries Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, WESTEN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Linda A. Schafer** | **219857 Waller Road**<br>**Fulton, IL 61252**<br>**cross guarantors** | **United States Small Business Admnis** | ■ D   __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Michael and Linda Schafer** | **21985 Waller**<br>**Fulton, IL 61252**<br>**cross guarantors** | **Newtek Small Business FinancenLLC** | ■ D   __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Michael J Schafer** | **21985 Waller Road**<br>**Fulton, IL 61252**<br>**cross guarantors** | **United States Small Business Admnis** | ■ D   __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Schafer Trucking Inc** | **2112-2114 Sandrigdge Road**<br>**Thomson, IL 61285** | **United States Small Business Admnis** | ■ D   __2.12__<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Westen Division

In re    **Schafer Fisheries Inc.**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ ............... **12,500.00**

    Prior to the filing of this statement I have received .......................................... $ ............... **12,500.00**

    Balance Due .................................................................................... $ ............... **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 20, 2024**

*Date*

**/s/ Richard N. Golding**
**Richard N. Golding co-counsel**
*Signature of Attorney*
**The Golding Law Offices, P.C.**
**161 N. Clark Street**
**Suite 1700**
**Chicago, IL 60601**
**(312) 832-7885   Fax: (312) 755-5720**
**rgolding@goldinglaw.net**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois, Westen Division

In re    **Schafer Fisheries Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael and Linda Schafer**<br>**21985 Waller Road**<br>**Thomson, IL 61285** | **common** | **unknown** | **sole shareholders** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 20, 2024**

Signature    **/s/ Michael Schafer**

**Michael Schafer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois, Westen Division

In re  **Schafer Fisheries Inc.**
                                              Case No.
                              Debtor(s)       Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          **69**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 20, 2024**                      **/s/ Michael Schafer**
                                              **Michael Schafer/President**
                                              Signer/Title

.

John D. Reagan
2227 Chicago Ave
Savanna, IL 61074


Al Root
P.O. Box 21
Thomson, IL 61285


Amur Equipment Finance
308 N Locust Street
Suite 100
Grand Island, NE 68801


Beasley Fish
P.O. Box 493
1512  W Main Street
Grafton, IL 62037


Brent Pregracke
P.O. Box 104
Makanda, IL 62958


Brightspeed
P.O. Box 6102
Carol Stream, IL 60197-4300


Brining Fisheing LLC
attn: Orion Briney
14970 Route 100
Browning, IL 62624


Brooks Niedzeijko
1014 Thornton Lane
P.O. Box 296
Marquette, IA 52158


Bryan Kamper
4872 Sandridge Rd
Thomson, IL 61285


CentiryLink QCC Business Services
P.O. Box 52187
Phoenix, AZ 85072-2187

Craig Anderson
506 South 5th Street
Bellevue, IA 52031

Craig Putman
401 South 6th Street
Bellevue, IA 52031

CT  Corporation System as rep
330 N. Brand Blvd, Suite 700, ATT
Glendale, CA 91206

D&D FIsh & Caviar
110 Shirley Lane
Eva, TN 38333

Dennis Weiss
30223 397th Ave
Bellevue, IA 52031

Duane Wimpy
435 Lincoln Street
Miles, IA 52064

Fishers Fish LLC
Attn: jeremy Fisher
5433 West Woodlan Rd
Astoria, IL 61501

Granger
Dept 200 851398099
Palatine, IL 60038-0001

Harcos Chemical Br 00123
P.O. Box 74583
Chicago, IL 60690

Illinois Commerce Commission
527 East Capitol Avenue
Springfield, IL 62701

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Unit
P O Box 19045
Springfield, IL 62794-9035


Illinois Department of Revenue
Motor Fues Use Tax Section
P.O. Box 19207
Springfield, IL 62794-9027


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Jason Alan Huing
418 North 4th Street
Clinton, IA 52732


Jeff Fish
406 9th Ave.
Albany, IL 61230


Jimmy C Loyd
8381 S FArr Steet
Savanna, IL 61074


JO-Carroll Energy
793 U.S. Route 20 West
P.O. Box 390
Elizabeth, IL 61028-0390


Joel Ritchie
not available


John Onion
8731 E Sand Branch Rd
Summum, IL 61501


Kasco Corporation
P.O. Box 202368
Dallas, TX 75320-2368


Kleinline
P.O. Box 66
Staten Island, NY 10310

Kramer Crop Services Trust
Unavailable


Lai Hongjun
7711 U,S, Highway
641 N #203
Gilbertsville, KY 42044


Law Office of Paul Whitcombe Chtd
223 West 1st Street
Dixon, IL 61021


Linda A. Schafer
219857 Waller Road
Fulton, IL 61252


Matt Starr
1741 Schade St
Thomson, IL 61285


Michael and Linda Schafer
21985 Waller
Fulton, IL 61252


Michael J Schafer
21985 Waller Road
Fulton, IL 61252


Mike Woodard
P.O. Box 487
Shannon, IL 61078


Miles Rolbiecki
23574 Rolbiecki Ln
Minnesota City, MN 55959


Mycorrhizal Applications
P.O. Box 894287
Los Angeles, CA 90189-4287


New Fulton Fish Marker Cooperative
800 Food Center
Unit 65B
Bronx, NY 10474

Newtek Small Business Finance
1981 Marcus Ave.
Suite 130
New Hyde Park, NY 11042


Newtek Small Business FinancenLLC
1981 Marcuys Avenue Suite 130
Lake Success, NY 11042


Nick Dickau
104 North Church St
Albany, IL 61230


NY State Dept of Ag & Markets
Division of Plant Industry
10B Airline Drive
Albany, NY 12235


Paulina Garga-Chmiel
Dykema Gossett PLLC
10 S. Wacker, Suite 2300
Chicago, IL 60606


Plunketts Pest Control
4) NE 52nd Way
Minneapolis, MN 55421-1014


Prestige Packaging Supplies Inc
P.O. Box 872
Rock Falls, IL 61071


Price Fisheries
attn: Paul Price
17485 Chase Road
Fulton, IL 61252


Provisur Technologies Inc
15544 E. Hinsdale Cir
Englewood, CO 80112


Reconciled Solutions
551 Swain Ave
Elmhurst, IL 60126

Republic Srvices #721
P.O. Box 9001154
Louisville, KY 40290-1154


Rober W  Zais
27776 200 east Street
Tampico, IL 61283


Robert Brown
8320 Bethalto Rd
Bethalto, IL 62010


Rusty Packer
1625 Goldview Court
Erie, IL 61250


Schafer Trucking Inc
2112-2114 Sandrigdge Road
Thomson, IL 61285


Sonny Wheeler
3930 Hwy 22
Blue Grass, IA 52762


Source Freshwater Company
3201 N Main Street
East Peoria, IL 61611


Stacy Gilpin
2557 N County Road 1200
Niota, IL 62358


Stamar Packaging Inc
PO. Box 1157
Bedford Park, IL 60499


Stearns Bank
500 13th Street
Albany, MN 56307


Tim Fosdick
2000 Route 84
Apt. B
Thomson, IL 61285

Tracy Seidemann
1822 Portland Ave
Savanna, IL 61074


United States Plastic Corp
1390 Neubrecht Rd, Lima
Lima, OH 45801


United States Small Business Admnis
2 North Street
Birmingham, AL 35203


Viggo Christensen
15103 322 2nd St
Illinois City, IL 61259


World Wide Express
P.O. Box 733360
Dallas, TX 75373

# United States Bankruptcy Court
## Northern District of Illinois, Westen Division

In re   **Schafer Fisheries Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Schafer Fisheries Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michael and Linda Schafer
21985 Waller Road
Thomson, IL 61285**

☐ None [*Check if applicable*]

**June 20, 2024**

Date

**/s/ Richard N. Golding**

**Richard N. Golding co-counsel**

Signature of Attorney or Litigant

Counsel for   **Schafer Fisheries Inc.**

**The Golding Law Offices, P.C.**

**161 N. Clark Street
Suite 1700
Chicago, IL 60601
(312) 832-7885 Fax:(312) 755-5720
rgolding@goldinglaw.net**